UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>                    Plaintiff,<br>      v.<br><br>OLYMPIA EARLY LEARNING CENTER et al,<br><br>                    Defendant. | CASE NO. 3:12-cv-05759-DGE<br><br>ORDER ON MOTION TO EXTEND DISCOVERY CUTOFF FOR LIMITED PURPOSE (DKT. NO. 200) |

Before the Court is the parties' joint Motion to Extend Discovery Cutoff for Limited Purpose. (Dkt. No. 200.) Based on the parties' representations to the Court, the depositions for their expert witnesses, whose reports have been timely exchanged, have been difficult to schedule due "primarily to the experts' schedules."[1] (Dkt. No. 200 at 2.) The only deposition yet to be scheduled is third-party witness J. Slater. (*Id.*) The parties seek a limited extension of

---

[1] While the Court understands expert witnesses often have complicated schedules, it appears somewhat coincidental that all seven of these expert witnesses had no time for their one-day depositions prior to the discovery cutoff but were conveniently each available for one of six consecutive days beginning May 1. (*See* Dkt. No. 200-1 at 3.)

ORDER ON MOTION TO EXTEND DISCOVERY CUTOFF FOR LIMITED PURPOSE (DKT. NO. 200) - 1

the discovery cutoff for the sole purpose of completing the remaining depositions.  The final deposition currently scheduled is that of Bernie Heinze on May 13, 2024.  (Dkt. No. 200-1 at 3.)

The Court **GRANTS** the extension.  The deadline for completing discovery—including the not-yet-scheduled deposition of Mr. Slater—is extended to **Friday, May 17, 2024.**  All existing deadlines shall remain in place: "Dispositive motions due by 5/28/2024, Motions in Limine due by 7/22/2024, Pretrial Order due by 8/5/2024, Voir dire/jury instructions/trial briefs due by 8/5/2024, Agreed Neutral Statement of the Case due by 8/5/2024, Deposition Designations due by 8/5/2024, Pretrial Conference set for 8/16/2024 at 1:30 PM in Courtroom B," "Jury Trial is set for 8/26/2024 at 9:00 AM in Courtroom B[.]"  (Dkt. No. 138.)

**IT IS SO ORDERED.**

DATED this 29th day of April 2024.

David G. Estudillo
United States District Judge

ORDER ON MOTION TO EXTEND DISCOVERY CUTOFF FOR LIMITED PURPOSE (DKT. NO. 200) - 2