UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>OLYMPIA EARLY LEARNING CENTER et al,<br><br>　　　　　　　　Defendant. | CASE NO. 3:12-cv-05759-DGE<br><br>ORDER GRANTING SGAL VIRGINIA L. DECOSTA'S REQUEST FOR REPORT EXTENSION |

This matter comes before the Court on the Status Report of Settlement Guardian Ad Litem. (Dkt. No. 237.) Settlement Guardian Ad Litem Virginia L. DeCosta requests until September 25, 2024, to provide the Court and the Parties with the settlement report. (*Id.* at 2.)

Accordingly, and having considered Virginia L. DeCosta's request, and the remainder of the record, the Court ORDERS Settlement Guardian Ad Litem Virginia L. DeCosta to submit her report to the Court and the Parties no later than September 25, 2024.

Dated this 11th day of September, 2024.

ORDER GRANTING SGAL VIRGINIA L. DECOSTA'S REQUEST FOR REPORT EXTENSION - 1

1
2
3   David G. Estudillo
    United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER GRANTING SGAL VIRGINIA L. DECOSTA'S REQUEST FOR REPORT EXTENSION - 2